# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

quentin m. neal

v.

Case Number:

(Full name of defendant(s))

robert weinman - unit manager
ashley haseleu - assistant unit manager
cheryl jeanpierre - care provider
eric nelson - orthopedic doctor

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __wisconsin__, and is located at
   (State)
   waupun correctional institution
   po box 351, waupun, wi 53963
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __weinman, haseleu, jeanpierre, nelson__
   (Name)
   is (if a person or private corporation) a citizen of __wisconsin__

Complaint – 1

Case 2:22-cv-00832-WED    Filed 07/20/22    Page 1 of 4    Document 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Waupun correctional Inst._

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff, Quentin Neal is an inmate at Waupun Correctional Institution in Waupun. On April 5th, 2022, Mr. Neal reported that he had experienced a serious injury while playing basketball at recreation. Neal believed his injury was towards his achilles heel as he described he felt a painful pop in his heel before his leg gave out. Medical staff begin to minimize his injury stating that it was just a "charlie horse" or a "cramp," neglecting his claim. Neal then made contact with Dr. Cheryl Jeanpierre, assistant unit manager Ashley Haseleu, and unit manager Robert Weinman in an attempt to receive further medical treatment. Neal also stated he is experiencing an extreme amount of pain and was in need of pain medication. Medical personnel have prescribed pain medication for Neal but none of which will take away the pain he was experiencing. Between April 5th, 2022, and May 18th, 2022, Neal was waiting to receive an MRI while being forced to perform work duties within the institution. Immediately staff began to question Neal's capabilities and raised concerns about his condition eventually pulling him from work in hopes of his safety. On May 18th, 2022, Neal finally received an MRI confirming he had sustained a very serious injury. Diagnosis was a partially torn achilles tendon (5cm in length, measurable gap evident), osteochondral defect to his anterior talar dome, and midfoot degenerative change. In between appointments, the institution physician had worked with Neal several times before stating he'd refer me to orthopedics for other treatment options. On July 7th, 2022, Neal had an appointment with Dr. Eric Nelson via zoom conference which only lasted 3-5 minutes in time. Neal was under the belief that he would be able to discuss treatment options with Mr. Nelson. Mr. Nelson informed Neal that quote "you are not at liberty to choose treatment options here." Neal seeks damages from Weinman, Haseleu, Jeanpierre, and Nelson. For refusing him proper medical treatment, forcing him to heal without treatment, and treating Neal with a deliberate indifference.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

• requesting that defendant's weinman, baseley, jeanpierre, and nelson, provide me with proper medical treatment and treatment options resulting to surgery (if possible)

• requesting each defendant:

- compensatory damages in the amount of 800,000 dollars against each defendant jointly and severally.

- punitive damages in the amount of 500,000 dollars against each defendant and the amount of 800,000 dollars against defendant nelson.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20____.

Respectfully Submitted,

_____
Signature of Plaintiff

_576935924_
Plaintiff's Prisoner ID Number

_po box 351_

_waupun, wi 53963_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5