UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**QUENTIN M. NEAL,**

    Plaintiff,

    v.                                          Case No. 22-CV-832

**ROBERT WEINMAN,** *et al.***,**

    Defendants.

## ORDER

On June 5, 2023, *pro se* plaintiff Quentin M. Neal filed a motion requesting the court order Waupun Correctional Institution to provide him off-site medical treatment, including an MRI and appointments with an orthopedic specialist. (ECF No. 31.) Whether to schedule off-site medical care is typically within the purview of the institution's Health Service Unit. "Federal judges must always be circumspect in imposing their ideas about civilized and effective prison administration on state prison officials . . .; federal judges know little about the management of prisons, managerial judgment generally are the province of other branches of government than the judicial; and it is unseemly for federal courts to tell a state how to run its prison system." *Scarveu v. Litscher*, 434 F.3d 972, 976-77 (7th Cir. 2006) (citing *Duran v. Elrod*, 760 F.2d 756, 759 (7th Cir. 1985)). In other words, it would not be appropriate in this context for the court to intervene and order Waupun Correctional

Institution's Health Services Unit to schedule offsite appointments. Neal's motion is denied.

The court notes that part of the relief that this lawsuit seeks is for the defendants to provide offsite care. Perhaps the parties could use this request as a starting point for discussions about mediation. If the parties are interested in mediation **they should file a joint request** and the court will assign the case to another magistrate judge for mediation. Neal should contact the defendants' attorneys to see if they are interested in mediation.

**IT IS THEREFORE ORDERED** that Neal's motion to provide off-site medical care (ECF No. 31) is **DENIED.**

Dated in Milwaukee, Wisconsin this 13th day of July, 2023.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge